Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0864-0:00CR00373-001(DSD)

DOCKET NO. (Receiving Court)

| NAME AND LOCATION OF | DISTRICT | DIVISION | |
|---|---|---|---|
| Richard Lawrence Randall<br>5925 Moose Lane<br>Charlotte, NC 28269 | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE<br>Honorable David S. Doty | | |
| | TYPE OF SUPERVISION<br>SUPERVISED RELEASE | FROM<br>7/24/2007 | TO<br>7/23/2010 |

OFFENSE

Robbery, Bank

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Western District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

10/29/07
Date

David S. Doty United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

11.15.07
Effective Date

Robert J Conrad
United States District Judge

SCANNED
NOV 28 2007
U.S. DISTRICT COURT ST. PAUL